Next case on the deck is 5H14-H71.